Jerry L. Steering (SBN 122509)
Brenton Aitken Hands (SBN
Law Offices of Jerry Steering
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849
(949) 474-1883 Fax
jerrysteering@yahoo.com
Attorney for plaintiff Sarah Joyce Jackson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH JOYCE JACKSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN BERNARDINO, ERIC P. DYBERG, GERARDO MORENO, NICOLAS L. CRAIG, ERIC J. OGAZ and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 5:21-CV-01011-JWH-SPX<br><br>**NOTICE OF SETTLEMENT OF ACTION**<br><br><br><br>**UNITED STATES DISTRICT JUDGE JOHN W. HOLCOMB** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that this action has been settled between and among all parties to this action.


Dated: March 30, 2023            __/s/_ *Jerry L. Steering*_____
                                JERRY L. STEERING, ATTORNEY
                                FOR PLAINTIFF SARAH JOYCE
                                JACKSON